**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number: **08 C 1207**

WILLIAM E. DUGAN, et al.

v.

SC EXCAVATING, INC., an Indiana corporation

**JUDGE MORAN**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM E. DUGAN, et al., Plaintiffs herein

| |
|---|
| NAME (Type or print) <br> Jennifer L. Dunitz-Geiringer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer L. Dunitz-Geiringer |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP <br> Chicago, IL   60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6237001 | TELEPHONE NUMBER <br> 312/236-4316 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐