AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*RECEIVED MAR 03 2008 DAVID E. LAIN SHERIFF OF PORTER COUNTY*

### SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

V.

SC EXCAVATING, INC., an Indiana corporation

CASE NUMBER: **08 C 1207**

ASSIGNED JUDGE: **JUDGE MORAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

SC Excavating, Inc.
c/o Bryan Siewin, Registered Agent
622 Versailles Drive
Valparaiso, IN  46383

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within    Twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*
(By) DEPUTY CLERK

February 28, 2008
Date



# Porter County Sheriff's Department

David E. Lain
*Sheriff*

Doug Snider
*Chief Deputy*

## AFFIDAVIT FOR RETURN OF SERVICE

State of Indiana )
County of Porter)

Cause Number _08 C 1207_    Date Received _3/3/08_

Date Served _3-6-08_    Time _1645_

_____ *Personally served* the within-named defendant at the given address.

__✓__ *Left a copy with* _CRYSTAL WYTC_ who is a person of suitable age and discretion for the within-named defendant at the given address and mailing a copy to the defendant.

_____ *Left a copy in the door* at the given address for the within-named defendant and mailed a copy to the defendant.

_____ *Service not executed* due to the within-named defendant was not found within my bailiwick.

_____ *Other* _____

_David E. Lain_
David E. Lain, Sheriff of Porter County
By: _D. M_____ 376_
    Deputy

Signed and sworn to me _March 7_, 20_08_.
_Janiya D Gear_
Notary Public, Porter County, State of Indiana
My Commission Expires _April 26, 08_

2755 State Road 49, Valparaiso, IN 46383 – Phone: (219) 477-3155 – Fax: (219) 531-6845