IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1207 |
| | ) | |
| SC EXCAVATING, INC., | ) | JUDGE JAMES B. MORAN |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT
AND FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, SC EXCAVATING, INC., an Indiana corporation, in the total amount of $29,230.86, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $991.25, and for an order directing an audit of Defendant's payroll books and records, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to fully liquidate Plaintiffs' claims.

On March 6, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his wife, Crystal) at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 26, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 8th day of April 2008:

        Mr. Bryan Siewin, Registered Agent
        SC Excavating, Inc.
        622 Versailles Drive
        Valparaiso, IN   46383


        /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\SC Excavating\motion.jdg.df.wpd