AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 03 2008
DAVID E. LAIN
SHERIFF OF PORTER COUNTY

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

SC EXCAVATING, INC., an Indiana corporation

CASE NUMBER: **08 C 1207**

ASSIGNED JUDGE: **JUDGE MORAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

SC Excavating, Inc.
c/o Bryan Siewin, Registered Agent
622 Versailles Drive
Valparaiso, IN   46383

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _Twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Anya Ellis_
(By) DEPUTY CLERK

February 28, 2008
Date



David E. Lain
*Sheriff*

Doug Snider
*Chief Deputy*

## AFFIDAVIT FOR RETURN OF SERVICE

State of Indiana )
County of Porter)

Cause Number __O8 C 1207__   Date Received __3/3/08__

Date Served __3-6-08__   Time __1645__

_____ *Personally served* the within-named defendant at the given address.

__✓__ *Left a copy with* __CRYSTAL WYTC__

who is a person of suitable age and discretion for the within-named defendant at the given address and mailing a copy to the defendant.

_____ *Left a copy in the door* at the given address for the within-named defendant and mailed a copy to the defendant.

_____ *Service not executed* due to the within-named defendant was not found within my bailiwick.

_____ *Other* _____

__David E. Lain__
David E. Lain, Sheriff of Porter County

By: __D. M_____ 376__
               Deputy

Signed and sworn to me __March 7__,
20__08__.
__Janiya D Gear__
Notary Public, Porter County, State of Indiana
My Commission Expires __April 26, 08__

2755 State Road 49, Valparaiso, IN 46383 – Phone: (219) 477-3155 – Fax: (219) 531-6845