IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1207 |
| | ) | |
| SC EXCAVATING, INC., | ) | JUDGE JAMES B. MORAN |
| an Indiana corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:   Mr. Bryan Siewin, Registered Agent
SC Excavating, Inc.
622 Versailles Drive
Valparaiso, IN  46383

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **15th** day of **April 2008** at **9:15 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable James B. Moran, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1843, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 8th day of April 2008:

    Mr. Bryan Siewin, Registered Agent
    SC Excavating, Inc.
    622 Versailles Drive
    Valparaiso, IN   46383


          /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\SC Excavating\notice of motion.jdg.df.wpd