# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1207 | **DATE** | 4/15/2008 |
| **CASE TITLE** | WILLIAM E. DUGAN vs. SC EXCAVATING, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for entry of default and judgment and for an order directing an audit [10] is granted. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|

