UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al., )
)
Plaintiffs, )
)
vs. )  CIVIL ACTION
SC EXCAVATING, INC., )  NO. 08 C 1207
an Indiana corporation, )
)  JUDGE JAMES B. MORAN
Defendant, )
)  RETURN DATE: July 18, 2008
and )
HARRIS BANK, )
111 W. Monroe Street )
Chicago, IL 60603-4096 )
)
Garnishee )
Defendant. )

**FILED**
JUN 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Jennifer L. Dunitz-Geiringer on oath states:

1. Judgment was entered in this case on April 15, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor SC Excavating, Inc. for $30,292.11 and costs.

2. $0 has been paid on the judgment.

3. There is unpaid on the judgment:
   $30,292.11 principal
   $0.00 costs
   $0.00 interest
   $30,292.11 TOTAL

4. I believe garnishee HARRIS BANK is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 853 East Port Center Drive, Valparaiso, IN 46383

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON June 19, 2008.

NAME: Jennifer L. Dunitz-Geiringer
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312-236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) | CIVIL ACTION |
| SC EXCAVATING, INC., an Indiana corporation, | ) ) ) | NO. 08 C 1207 |
| Defendant, | ) ) | JUDGE JAMES B. MORAN |
| and | ) ) | |
| HARRIS BANK, 111 W. Monroe Street Chicago, IL 60603-4096 | ) ) ) ) | |
| Garnishee Defendant. | ) ) | |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

**AFFIDAVIT**

_____ on oath states that the answers to the interrogatories are true.