UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al.,

               Plaintiffs,

vs.

SC EXCAVATING, INC.,
an Indiana corporation,

               Defendant,

and

CITIZENS FINANCIAL BANK,
7231 W. 171st Street
Tinley Park, IL 60477

               Garnishee
               Defendant.

CIVIL ACTION

NO. 08 C 1207

JUDGE JAMES B. MORAN

RETURN DATE: July 18, 2008



FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Jennifer L. Dunitz-Geiringer on oath states:

1. Judgment was entered in this case on __April 15__, 2008 in favor of the judgment creditor __William E. Dugan, et al.__ and against the judgment debtor __SC Excavating, Inc.__ for $ __30,292.11__ and costs.

2. $ __0__ has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ 30,292.11 principal
   - $ 0.00 costs
   - $ 0.00 interest
   - $ 30,292.11 TOTAL

4. I believe garnishee __CITIZENS FINANCIAL BANK__ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is __853 East Port Center Drive, Valparaiso, IN 46383__

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON __June 19__, 20 __08__.

NAME: Jennifer L. Dunitz-Geiringer
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312-236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION |
| SC EXCAVATING, INC., an Indiana corporation, | ) ) NO. 08 C 1207 |
| Defendant. | ) ) JUDGE JAMES B. MORAN |
| and | ) |
| CITIZENS FINANCIAL BANK, 7231 W. 171st Street Tinley Park, IL 60477 | ) ) ) |
| Garnishee Defendant. | ) ) |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
    (Yes or No)

2. If your answer is yes, describe the property:

    _____

    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
    (Yes or No)

4. If your answer is yes, state:

    Description: _____

    Amount: $_____

    Date Due: _____

5. <u>A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.</u>

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

## AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.