UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GARNISHMENT NOTICE ON REVERSE SIDE**

| | |
|---|---|
| WILLIAM E. DUGAN, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br>SC EXCAVATING, INC.,<br>an Indiana corporation,<br><br>　　　　　　　　Defendant,<br><br>　　and<br><br>HARRIS BANK,<br>111 W. Monroe Street<br>Chicago, IL  60603-4096<br><br>　　　　　　　　Garnishee<br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO.  08 C 1207<br><br>JUDGE JAMES B. MORAN |

## GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before**   JULY 18   , 20 08 . However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

Date: JUN 1 9 2008

MICHAEL W. DOBBINS
Clerk of the Court

_____
Deputy Clerk

(Seal of Court)

**NOTE:** This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

**(IMPORTANT NOTICE TO DEFENDANT ON REVERSE SIDE)**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

## GARNISHMENT NOTICE

WILLIAM E. DUGAN, et al.
___Judgment Creditor___

v.

SC EXCAVATING, INC.
___Judgment Debtor___

HARRIS BANK
___Garnishee___

CIVIL ACTION

NO.: 08 C 1207

JUDGE: JAMES B. MORAN

Summons Return Date: July 18, 2008

**Judgment Debtor**

Name: SC Excavating, Inc.
Address: 853 E Port Center Drive
City: Valparaiso, IN 46383
Telephone: 219-531-9206

**Judgment Creditor/Creditor's Attorney**

Name: Jennifer L. Dunitz-Geiringer
Address: 200 W. Adams St., Ste. 2200
City: Chicago, IL 60606-5231
Telephone: (312) 236-4316

Judgment in the amount of $ 30,292.11

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, before the return date specified above or appear in court on the date and time on that return date. To obtain a hearing in counties with a population of less than 1,000,000, the judgment debtor must notify the Clerk of the Court in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

**MICHAEL W. DOBBINS, CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

| RETURN OF SERVICE | |
|---|---|
| Service of the Non-Wage Garnishment Summons was made by me. | DATE: 6/20/08 |
| NAME OF SERVER (PRINT)   Eli B. Freiburg | TITLE Clerk/ Messenger |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

[X]  Other (specify): Left copies with Kenneth J. Mitchell
at Harris Bank, 111 W. Monroe Street, Chicago, IL  60603-4096

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 20, 2008___
               Date

Signature of Server

200 W. Adams Street, Suite 2200,
Chicago, IL  60606-5231
Address of Server