IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SC EXCAVATING, INC., ) | CIVIL ACTION |
| an Indiana corporation, ) | |
| ) | NO. 08 C 1207 |
| Defendant, ) | |
| ) | JUDGE JAMES B. MORAN |
| and ) | |
| ) | |
| HARRIS BANK, ) | |
| ) | |
| Garnishee ) | |
| Defendant. ) | |

## CERTIFICATE OF MAILING

I hereby certify that, within two (2) business days of service upon the garnishee of the garnishment summons, interrogatories and garnishment notice, I served upon the Judgment Debtor in this cause a copy of the Garnishment Summons and Garnishment Notice by first class mail to the Judgment Debtor's address as indicated in the Garnishment Notice.

DATED: June 23, 2008

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com