UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GARNISHMENT NOTICE ON REVERSE SIDE**

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>SC EXCAVATING, INC., )<br>an Indiana corporation, )<br>)<br>Defendant, )<br>)<br>and )<br>CITIZENS FINANCIAL BANK, )<br>7231 W. 171st Street )<br>Tinley Park, IL  60477 )<br>)<br>Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO.  08 C 1207<br><br>JUDGE JAMES B. MORAN |

## GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before** ___JULY 18___, 20_08_. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

Date: JUN 1 9 2008

MICHAEL W. DOBBINS
Clerk of the Court

_____
Deputy Clerk

(Seal of Court)

**NOTE:** This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

**(IMPORTANT NOTICE TO DEFENDANT ON REVERSE SIDE)**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

## GARNISHMENT NOTICE

WILLIAM E. DUGAN, et al.
    Judgment Creditor

v.

SC EXCAVATING, INC.
    Judgment Debtor

CITIZENS FINANCIAL BANK
    Garnishee

CIVIL ACTION

NO.: 08 C 1207

JUDGE: JAMES B. MORAN

Summons Return Date: July 18, 2008

**Judgment Debtor**

Name: SC Excavating, Inc.
Address: 853 E Port Center Drive
City: Valparaiso, IN 46383
Telephone: 219-531-9206

**Judgment Creditor/Creditor's Attorney**

Name: Jennifer L. Dunitz-Geiringer
Address: 200 W. Adams St., Ste. 2200
City: Chicago, IL 60606-5231
Telephone: (312) 236-4316

Judgment in the amount of $ 30,292.11

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, before the return date specified above or appear in court on the date and time on that return date. To obtain a hearing in counties with a population of less than 1,000,000, the judgment debtor must notify the Clerk of the Court in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

**MICHAEL W. DOBBINS, CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

State of Illinois

General No.: 08C1207

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 6/26/2008 at 10:50:00 AM by leaving a true and correct copy of the attached GARNISHMENT SUMMONS (NON-WAGE) with Citizens Financial Bank as shown below:

Served the wihin named Citizens Financial Bank by delivering a true and correct copy of the GARNISHMENT SUMMONS (NON-WAGE), to Jeff Ficaro a person authorized to accept service of process as agent.

Said service was effected at 7231 W. 171st St., Tinley Park, IL  60477

Description of Person Served Sex:    Height:    Weight:    Race:    Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____6-26-08_____                         _____
Dated                                       Leroy Karczewski
                                            117-000192