UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al.,           )
                                     )
                      Plaintiffs,    )
                                     )
             vs.                     )     CIVIL ACTION
                                     )
SC EXCAVATING, INC.,                 )     NO.   08 C 1207
an Indiana corporation,              )
                                     )
                      Defendant,     )     JUDGE JAMES B. MORAN
                                     )
             and                     )
CITIZENS FINANCIAL BANK,             )
7231 W. 171st Street                 )
Tinley Park, IL  60477               )
                                     )
                      Garnishee      )
                      Defendant.     )

RECEIVED
JUN 3 0 2008

FILED
JUL 0 8 2008   NF
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## INTERROGATORIES TO GARNISHEE

1.    When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: _Yes_
              (Yes or No)

2.    If your answer is yes, describe the property:

_Checking account - funds deposited to make loan payments._
_Account balance negative $6,520.31  Also a loan relationship_
_No Funds Available._

3.    When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: _____
              (Yes or No)

4.    If your answer is yes, state:

Description: _____

Amount: $ _____

Date Due: _____

5.    A copy of the answer to these interrogatories must be filed with the Clerk of Court.  In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6.    I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

_Mary Kmak_
_Records Research Manager_        **AFFIDAVIT**

_____ on oath states that the answers to the interrogatories are true.

_219-513-5384_

CITIZENS FINANCIAL BANK
8149 KENNEDY AVE.
HIGHLAND, IN 46322

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

WILLIAM E. DUGAN, et al.,                        )
                                                 )
                          Plaintiffs,            )
                                                 )        JUN 19 2008
                                                 )
         vs.                                     )     MICHAEL W. DOBBINS
                                                 )   CLERK, U.S. DISTRICT COURT
SC EXCAVATING, INC.,                             )   CIVIL ACTION
an Indiana corporation,                          )
                                                 )   NO. 08 C 1207
                          Defendant,             )
                                                 )   JUDGE JAMES B. MORAN
         and                                     )
                                                 )   RETURN DATE: July 18, 2008
CITIZENS FINANCIAL BANK,                         )
7231 W. 171st Street                             )
Tinley Park, IL  60477                           )
                          Garnishee              )
                          Defendant.             )

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

__Jennifer L. Dunitz-Geiringer__ on oath states:

1.   Judgment was entered in this case on _____April 15_____, 2008 in favor of the
     judgment creditor ___William E. Dugan, et al.___ and against the judgment
     debtor _SC Excavating, Inc._ for $ _30,292.11_
     and costs.

2.   $_0_____ has been paid on the judgment.

3.   There is unpaid on the judgment:
     $ _30,292.11_____ principal
     $ ____0.00_____ costs
     $ ____0.00_____ interest
     $ _30,292.11_____ TOTAL

4.   I believe garnishee ___CITIZENS FINANCIAL BANK___ is or will be indebted to
     judgment debtor, other than wages, or has in his possession, custody or control property belonging
     to him or her or in which he/she has an interest.

5.   The last known address of the judgment debtor is ___853 East Port Center Drive,___
     ___Valparaiso, IN  46383___

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON_____June 19_____, 20_08_

NAME: Jennifer L. Dunitz-Geiringer
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312-236-4316