UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al.,           )
                                     )
                    Plaintiffs,      )
                                     )
         vs.                         )   CIVIL ACTION
SC EXCAVATING, INC.,                 )
an Indiana corporation,              )   NO.  08 C 1207
                                     )
                    Defendant,       )   JUDGE JAMES B. MORAN
                                     )
         and                         )
CITIZENS FINANCIAL BANK,             )
7231 W. 171st Street                 )
Tinley Park, IL 60477                )
                                     )
                    Garnishee        )
                    Defendant.       )

**FILED JUL 17 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: __Yes__
            (Yes or No)

2. If your answer is yes, describe the property:

   On 6/27/08, there was a balance of $223.91 in the deposit account for SC Excavating, Inc. #2349419.

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: __No__
            (Yes or No)

4. If your answer is yes, state:

   Description: __N/A__
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GARNISHMENT NOTICE ON REVERSE SIDE

RECEIVED
JUN 27 2008

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| SC EXCAVATING, INC., | ) | |
| an Indiana corporation, | ) | NO.  08 C 1207 |
| | ) | |
| Defendant, | ) | JUDGE JAMES B. MORAN |
| | ) | |
| and | ) | |
| CITIZENS FINANCIAL BANK, | ) | |
| 7231 W. 171st Street | ) | |
| Tinley Park, IL  60477 | ) | |
| | ) | |
| Garnishee Defendant. | ) | |

**GARNISHMENT SUMMONS (NON-WAGE)**

To the Garnishee:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before** ___JULY 18___, 20_08_. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

JUN 1 9 2008
Date: _____

___MICHAEL W. DOBBINS___
Clerk of the Court

___DAVID JOZWIAK___
Deputy Clerk

(Seal of Court)

**NOTE:** This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

**(IMPORTANT NOTICE TO DEFENDANT ON REVERSE SIDE)**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al., )
 )
                 Plaintiffs, )
 )
vs. ) CIVIL ACTION
SC EXCAVATING, INC., )
an Indiana corporation, ) NO. 08 C 1207
 )
                 Defendant, ) JUDGE JAMES B. MORAN
 )
        and ) RETURN DATE: July 18, 2008
CITIZENS FINANCIAL BANK, )
7231 W. 171st Street )
Tinley Park, IL 60477 )
 )
                 Garnishee )
                 Defendant, )

RECEIVED JUN 19 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Jennifer L. Dunitz-Geiringer on oath states:

1. Judgment was entered in this case on April 15, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor SC Excavating, Inc. for $ 30,292.11 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   $ 30,292.11 principal
   $ 0.00 costs
   $ 0.00 interest
   $ 30,292.11 TOTAL

4. I believe garnishee CITIZENS FINANCIAL BANK is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 853 East Port Center Drive, Valparaiso, IN 46383

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON June 19, 20 08.

*[signature]*

NAME: Jennifer L. Dunitz-Geiringer
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312-236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

## GARNISHMENT NOTICE

WILLIAM E. DUGAN, et al.
Judgment Creditor

v.

SC EXCAVATING, INC.
Judgment Debtor

CITIZENS FINANCIAL BANK
Garnishee

CIVIL ACTION

NO.: 08 C 1207

JUDGE: JAMES B. MORAN

Summons Return Date: July 18, 2008

**Judgment Debtor**

Name: SC Excavating, Inc.
Address: 853 E Port Center Drive
City: Valparaiso, IN 46383
Telephone: 219-531-9206

**Judgment Creditor/Creditor's Attorney**

Name: Jennifer L. Dunitz-Geiringer
Address: 200 W. Adams St., Ste. 2200
City: Chicago, IL 60606-5231
Telephone: (312) 236-4316

Judgment in the amount of $ 30,292.11 .

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, before the return date specified above or appear in court on the date and time on that return date. To obtain a hearing in counties with a population of less than 1,000,000, the judgment debtor must notify the Clerk of the Court in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

**MICHAEL W. DOBBINS, CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**